FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0102

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0102

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL CHRISTIAN ECHEVERRIA,

      Defendant and Appellant.

**ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

Upon consideration of Appellant's motion for extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 28, 2025 within which to file his opening brief.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 22 2025